FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 4 2023

Kevin P. Weimer, Clerk
By
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN ESCOBAR | 1:23-CR-0342<br>Case No. 1:23-cr-_____<br><br>INDICTMENT |

**THE GRAND JURY CHARGES THAT:**

**COUNTS ONE THROUGH SEVEN**
**Money Laundering**

1.  In or about August 2020, the Defendant, JONATHAN ESCOBAR, created two sham companies, VEC WEST JE LLC and MILLER SURANCE SERVICE LLC, and registered them with the Georgia Secretary of State. Neither company had a physical place of doing business, earned legitimate income, or paid wages to employees.

2.  Defendant ESCOBAR opened bank accounts in the names of his sham companies and used those accounts to receive and distribute the proceeds of wire fraud schemes. One such account was a BB&T (now Truist) account in the name of VEC West JE LLC (account # ending in 6543) (hereinafter "BB&T account #6543").

3.  On or about April 28, 2021, as the result of a fraudulent scheme that violated the federal wire fraud statute, Title 18, United States Code, Section 1343, the Sonoma County, California Auditor-Controller-Treasurer-Tax Collector's Office was tricked into wire transferring $1,200,000.00 to BB&T account #6543, which was controlled by Defendant ESCOBAR.

4.  Defendant ESCOBAR quickly moved most of the $1,200,000.00 in wire fraud proceeds out of BB&T account #6543 and converted the money to his own use.

5.  As specified in each Count set forth in the chart below, in the Northern District of Georgia and elsewhere, Defendant JONATHAN ESCOBAR, aided and abetted by others, knowingly conducted and attempted to conduct a financial transaction affecting interstate commerce, which involved proceeds of a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and, while conducting and attempting to conduct such financial transaction, knowing that the money involved in the transaction was the proceeds of some form of unlawful activity:

| Count | Financial transaction involving funds in BB&T account #6543 | Amount | Payable to |
|---|---|---|---|
| 1 | Check #503, dated 04-28-21 | $55,363.57 | SYD CAPITAL GERMANY LLC |
| 2 | Check #504, dated 04-28-21 | $185,976.80 | VEC WEST JE LLC |
| 3 | Check #506, dated 04-28-21 | $375,584.25 | VEC WEST JE LLC |
| 4 | Check #507, dated 04-28-21 | $269,674.50 | MILLER SURANCE SERVICE LLC |
| 5 | Check #509, dated 04-28-21 | $110,474.78 | BOW DOWN BEAUTY LLC |
| 6 | Check #510, dated 04-30-21 | $20,000.00 | SYD CAPITAL GERMANY LLC |
| 7 | Check #511, dated 04-30-21 | $170,475.79 | BOW DOWN BEAUTY LLC |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Section 2.

## FORFEITURE

6. Upon conviction of one or more of the offenses alleged in Counts One through Seven of this Indictment, the Defendant, JONATHAN ESCOBAR, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the offense, and any property traceable to such property, including, but not limited to, a money judgment representing the amount of property obtained as a result of the offense(s) of conviction.

7. If, as a result of any act or omission of Defendant ESCOBAR, any property subject to forfeiture

    (a) cannot be located upon the exercise of due diligence,

    (b) has been transferred or sold to, or deposited with, a third party,

    (c) has been placed beyond the jurisdiction of the court,

    (d) has been substantially diminished in value, or

    (e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code,

Section 982(b)(1), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property.

A ___True___ BILL

___[signature]___
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

*[signature]*

JOHN RUSSELL PHILLIPS
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000