F.d: 11608918

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

USMS: P5008-56

UNITED STATES OF AMERICA,

vs.

JONATHAN ESCOBAR

**AGENT TO ARREST**

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NO. 1:23-CR-342 SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 14 2023

KEVIN P.
By:

**YOU ARE HEREBY COMMANDED** to arrest JONATHAN ESCOBAR and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Money Laundering

in violation of **Title 8, United States Code, Section(s) 1326(a) and (b)(2).**

KEVIN P. WEIMER
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 31, 2023  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 10-31-2023

Date of Arrest: 11-02-2023

SA Kiara Farmer
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d: 11608918

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

JONATHAN ESCOBAR

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:23-CR-342

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JONATHAN ESCOBAR and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Money Laundering

in violation of **Title 8, United States Code, Section(s) 1326(a) and (b)(2).**

KEVIN P. WEIMER
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 31, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 10/24/2023

Date of Arrest: 11/02/2023

Kiara Farmer S/A
Name and Title of Arresting Officer

*[signature]* Kiara Farmer
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest


F.d: 11608918

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| v. | |
| JONATHAN ESOBAR, | |
| **AGENT TO ARREST** | CASE NO. 1:23-CR-342 |

To:  The United States Marshal
     and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JONATHAN ESOBAR, and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Money Laundering

in violation of **Title 8, United States Code, Section(s) 1326(a) and (b)(2)**

| | |
|---|---|
| KEVIN P. WEIMER | Clerk, U.S. District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | October 26, 2023  at  Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ _____ | By: _____ |
| | Name of Judicial Officer |

OCT 26 '23 PM 3:0[?]  USMS NGA

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

10-31-2023, Returned unexecuted due to incorrect spelling of last name.

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer